IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CheckWizard LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**PlainsCapital Bank,**<br><br>Defendant. | Case No. 2:25-cv-00150-JRG<br>(LEAD CASE) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action with prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees.


Dated: August 5, 2025

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com


**Counsel for Plaintiff**
**CheckWizard LLC**

1

/s/John G. Flaim
John G. Flaim
Texas Bar No. 00785864
**BAKER & MCKENZIE LLP**
1900 N. Pearl Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
E-mail: john.flaim@bakermckenzie.com

Dorian Ojemen
Texas Bar No. 24096473
**Baker & McKenzie LLP**
800 Capital Street, Suite 2100
Houston, Texas 77002
Telephone: (713) 427-5000
Facsimile: (713) 427-5099
E-mail: dorian.ojemen@bakermckenzie.com

**Counsel for Defendant
PlainsCapital Bank**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on August 5, 2025 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff