IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CHECKWIZARD LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-150-JRG |
| | § | |
| PLAINSCAPITAL BANK, | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Dkt. No. 45) filed by Plaintiff CheckWizard LLC and Defendant PlainsCapital Bank. In the Stipulation, those parties agree to dismiss the above-captioned case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (*Id.* at 1).

Having considered the Stipulation, the Court **ACCEPTS** and **ACKNOWLEDGES** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So ORDERED and SIGNED this 7th day of August, 2025.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE